UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LAGOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>　　　　Defendant. | Case No. 5:15-cv-04524-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re:  Docket No. 19)** |

Based on the parties' joint case management statement,[1]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the parties participate in mediation.  The parties shall contact the ADR Unit within 14 days to make the necessary arrangements and meet with a mediator within 90 days.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Opening Class Certification Brief | May 30, 2016 |
| Opposition Class Certification Brief | June 20, 2016 |
| Reply Class Certification Brief | June 27, 2016 |

---

[1] *See* Docket No. 19.

Case No. 5:15-cv-04524-PSG
CASE SCHEDULING ORDER

1

| | |
|---|---|
| Class Certification Hearing | July 12, 2016 at 10:00 AM |
| Fact Discovery Cut-Off | July 1, 2016 |
| Designation of Experts | July 15, 2016 |
| Designation of Rebuttal Experts | July 29, 2016 |
| Expert Discovery Closes | August 12, 2016 |
| Dispositive Motions Filing Deadline | September 30, 2016 |
| Mandatory Settlement Proceeding | November 7, 2016 |
| Pre-Trial Conference | November 22, 2016 at 10:00 AM |
| Trial | December 6, 2016 at 9:00 AM |

**SO ORDERED.**

Dated: December 15, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge