UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LAGOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>　　　　　Defendant. | Case No. 5:15-cv-04524-PSG<br><br>**ORDER LIFTING STAY**<br><br>**(Re:  Docket No. 33)** |

　　　　Earlier this year, the parties submitted a stipulated request to stay this case pending the Supreme Court's decision in *Spokeo, Inc. v. Robins*, and the court stayed this case.[1]  The Supreme Court has issued its opinion in *Spokeo*,[2] and the stay is now LIFTED.

**SO ORDERED.**

Dated: May 20, 2016

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *See* Docket No. 29 at 2.

[2] *See Spokeo, Inc. v. Robins*, 578 U.S. __, Case No. 13-1339, 2016 WL 2842447 (2016).