MICHAEL T. LUCEY (SBN: 099927)
MAYA OHANA (SBN: 272903)
KATHRYN J. LAFEVERS (SBN: 252003)
GORDON & REES
SCULLY MANSUKHANI LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054
mlucey@gordonrees.com
mohana@gordonrees.com
klafevers@gordonrees.com

Attorneys for Defendant
THE LELAND STANFORD JUNIOR UNIVERSITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LAGOS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY, a California corporation, and DOES 1 through 10,<br><br>Defendants. | CASE NO.  15-CV-04524 PSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Defendant The Leland Stanford Junior University's and Plaintiff Thomas Lagos hereby agree and stipulate to continue the Case Management Conference set for July 5, 2016.  The parties have agreed to private mediation which is set for August 12, 2016 with mediator Jeff Krivis.  Therefore, the parties respectfully request that the court continue the Case Management Conference to no sooner than September 12, 2016 to provide the parties an opportunity resolve

-1-

1  this case without further litigation.

2  **IT IS SO STIPULATED.**

3  Dated: June 24, 2016                               GORDON & REES
                                                      SCULLY MANSUKHANI LLP

5                                                     By:  /s/ Michael T. Lucey
                                                          MICHAEL T. LUCEY
                                                          MAYA OHANA
                                                          KATHRYN J. LAFEVERS
                                                          Attorneys for Defendant
                                                          THE LELAND STANFORD JUNIOR
                                                          UNIVERSITY

10 Dated: June 24, 2016                               THE DION-KINDEM LAW FIRM

12                                                    BY:  /s/ Peter Dion-Kindem
                                                          PETER DION-KINDEM
                                                          PETER DION-KINDEM, P.C.
                                                          Attorney for Plaintiff
                                                          THOMAS LAGOS

**IT IS SO ORDERED.**

The July 5, 2016 Case Management Conference is hereby vacated and continued to  September 27 , 2016.  The parties are to submit a Joint Case Management Statement by  September 20,  , 2016.

_____
Magistrate Judge Kandis A. Westmore