PETER R. DION-KINDEM (SBN 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P. C.
21550 Oxnard Street, Suite 900
Woodland Hills, California 91367
Telephone: (818) 883-4900
Fax: (818) 883-4902
Email: peter@dion-kindemlaw.com

LONNIE C. BLANCHARD, III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
3311 East Pico Boulevard
Los Angeles, CA 90023
Telephone: (213) 599-8255
Fax: (213) 402-3949
Email: lonnieblanchard@gmail.com

Attorneys for Plaintiff Thomas Lagos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LAGOS, on behalf of himself and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>LELAND STANFORD JUNIOR UNIVERSITY, a California corporation, and Does 1 through 10,<br><br>  Defendants. | **Case No. 15-CV-04524-KAW**<br>*Assigned to the Honorable Magistrate Kandis A. Westmore*<br><br>**Joint Stipulation and Proposed Order Continuing Class Certification dates**<br><br>**[Proposed] Order AS MODIFIED** |

**THIS STIPULATION** is entered into by and between Plaintiff Thomas Lagos and Defendant Leland Stanford Junior University ("Stanford") (collectively, the "Parties"), by and through their respective counsel of record.

**WHEREAS**, the current deadline for the Parties to file class certification motions is November 6, 2017, opposition briefs are due on December 1, 2017, reply briefs are due on December 15, 2017, and the hearing is scheduled for January 18, 2018;

**Joint Stipulation and Proposed Order Continuing Class Certification dates**

**WHEREAS**, pursuant to the Court's order, the parties were sent to a settlement procedure before Magistrate Judge, and there is a settlement conference scheduled on November 30, 2017 at 9:30 a.m.;

**WHEREAS,** the Parties met and conferred and agree that the Class Certification dates should be postponed until 60 days after the settlement conference.

**NOW THEREFORE**, the Parties hereby agree and jointly request that the Court continue the class certification dates as follows: motions due January 5, 2018, opposition briefs due January 30, 2018, reply briefs due February 13, 2018, and the hearing date March 22, 2018.

Dated: November 1, 2017     THE DION-KINDEM LAW FIRM

BY: /S PETER R. DION-KINDEM
PETER R. DION-KINDEM, P.C.
PETER R. DION-KINDEM
Attorney for Plaintiff Thomas Lagos

Dated: November 1, 2017     GORDON & REES SCULLY MANSUKHANI, LLP

BY: /S MICHAEL T LUCEY
MICHAEL T. LUCEY
MAYA OHANA
Attorney for Defendant The Leland Stanford Junior University

**Joint Stipulation and Proposed Order Continuing Class Certification dates**

## **ORDER**

Pursuant to the Stipulation filed by the Parties and good cause appearing, IT IS HEREBY ORDERED, the Court continues the class certification deadlines and trial date as follows:

(1) Deadline to file class certification motions: __January 5__, 2018;

(2) Deadline to file class certification opposition: __January 30__, 2018;

(3) Deadline to file class certification reply: __February 13__, 2018;

(4) Motion for Class Certification: __March 15__, 2018

**IT IS SO ORDERED.**

Dated: __11/7__, 2017

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge

**Joint Stipulation and Proposed Order Continuing Class Certification dates**

3