| | |
|---|---|
| 1 | MICHAEL T. LUCEY (SBN: 099927)<br>MAYA OHANA (SBN: 272903) |
| 2 | GORDON REES SCULLY MANSUKHANI, LLP<br>275 Battery Street, Suite 2000 |
| 3 | San Francisco, CA 94111<br>Telephone: (415) 986-5900 |
| 4 | Facsimile: (415) 986-8054<br>Mlucey@grsm.com |
| 5 | Mohana@grsm.com |
| 6 | Attorneys for Defendant<br>THE LELAND STANFORD JUNIOR UNIVERSITY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LAGOS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY, a California corporation, and DOES 1 through 10,<br><br>Defendants. | CASE NO. 15-CV-04524 KAW<br><br>**STIPULATION AND [PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE** |

**THIS STIPULATION** is entered into by and between Plaintiff Thomas Lagos and Defendant The Leland Stanford Junior University ("Stanford") (collectively, the "Parties"), by and through their respective counsel of record.

**WHEREAS**, there is a Case Management Conference scheduled in this case November 28, 2017; and

**WHEREAS**, there is a Judicial Settlement Conference scheduled for this case November 30, 2017.

**NOW THEREFORE**, in the interest of judicial economy, the Parties hereby stipulate and agree to postpone the Case Management Conference until such date after the Judicial Settlement Conference as is convenient for the Court.

-1-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

**IT IS SO STIPULATED.**

Dated: November 9, 2017               GORDON REES SCULLY MANSUKHANI, LLP


By:   /s/ Michael T. Lucey
      MICHAEL T. LUCEY
      MAYA OHANA
Attorneys for Defendant
THE LELAND STANFORD JUNIOR UNIVERSITY


Dated: November 9, 2017               THE DION-KINDEM LAW FIRM


By:   /S/ Peter R. Dion-Kindem
      PETER R. DION-KINDEM, P.C.
      PETER R. DION-KINDEM
Attorneys for Plaintiff
THOMAS LAGOS

**ORDER**

Pursuant to the Stipulation filed by the Parties and good cause appearing, **IT IS HEREBY ORDERED**, the Court continues the Case Management Conference to: January 16, 2018.

**IT IS SO ORDERED.**

Dated: 11/13, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1109110/35590903v.1

-2-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE